# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**REYNA IVETTE MENDEZ DIAZ,**

    **Plaintiff,**

**v.**                                                     **Case No: 6:12-cv-1108-Orl-31DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause comes before the Court on the Complaint (Doc. No. 1) filed by Plaintiff on July 17, 2012, appealing the final decision of the Commissioner of Social Security (the Commissioner) denying her claim for benefits.

On April 18, 2013, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the decision of the Commissioner be reversed and the case be remanded for further proceedings. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The decision of the Commissioner is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 6, 2013.

                                                                                           **GREGORY A. PRESNELL**
                                                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party